# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

YOLANDA LEE,                                )
                                            )
        Plaintiff,                )
vs.                                         )          NO.  CIV-13-1254-HE
                                            )
STATE OF OKLAHOMA, DEPARTMENT)
OF REHABILITATION SERVICES,    )
                                            )
        Defendant.                )

## JUDGMENT

In accordance with the order entered this date, this case is dismissed.

**IT IS SO ORDERED**.

Dated this 22nd day of September, 2014.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE